United States District Court
Southern District of Texas
**ENTERED**
June 12, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Advon Corporation, §
　　　　　　　　　　§
　　　Plaintiff, §
　　　　　　　　　　§
versus §　　Civil Action H-18-2984
　　　　　　　　　　§
Coopwood's Air Conditioning, Inc., §
　　　　　　　　　　§
　　　Defendant. §

## Order on Leave

Coopwood's Air Conditioning, Inc.'s, third-party complaint is accepted. (32)

Signed on June 12, 2019, at Houston, Texas.

　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　United States District Judge